No. 03–8903. REYNA v. UNITED STATES. C. A. 5th Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 03–974. IN RE KEMP;
No. 03–977. IN RE BROWN;
No. 03–1062. IN RE NORMAN; and
No. 03–8200. IN RE LONE WOLF, AKA HORTON. Petitions for writs of mandamus denied.

No. 02–11099. ALSTON v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–596. GOODINE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–816. SUWANNEE SWIFTY STORES, INC. v. GEORGIA LOTTERY CORP. C. A. 11th Cir. Certiorari denied.

No. 03–824. NAETHING v. COVINGTON, DIRECTOR, AMERICAN GENERAL LIFE & ACCIDENT INSURANCE CO., ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–933. CALDERON, GOVERNOR OF PUERTO RICO, ET AL. v. NAVARRO-AYALA ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–939. DIAZ ET AL. v. J. RAY MCDERMOTT, S. A., ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 03–941. DAVIS, FKA BEVERIDGE v. JONES ET UX. Ct. App. Mich. Certiorari denied.

No. 03–943. SECURED ENVIRONMENTAL MANAGEMENT, INC. v. TEXAS COMMISSION ON ENVIRONMENTAL QUALITY ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 03–944. AMERICAN GEM SEAFOODS, INC., ET AL. v. WEI ZHANG. C. A. 9th Cir. Certiorari denied.

No. 03–952. BRAZAUSKAS v. FORT WAYNE-SOUTH BEND DIOCESE, INC., ET AL. Sup. Ct. Ind. Certiorari denied.